UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BUTH KAMSATH,<br><br>               Plaintiff,<br><br>     v.<br><br>JANET NAPOLITANO, et al.,<br><br>               Defendants. | No. C11-463 RSL<br><br>ORDER OF DISMISSAL |

This matter comes before the Court on the government's Notice of Removal (dkt. #17) and Report and Recommendation of Magistrate Judge Tsuchida (dkt. #16). Petitioner sought immediate release from custody by petitioning for a Writ of Habeas Corpus pursuant to 28 U.S.C. §2241. On May 24, 2011, Magistrate Judge Tsuchida recommended that the case be dismissed with prejudice. Dkt. #16. On May 30, 2011, petitioner was removed to Cambodia. Dkt. #17-1. For all the foregoing reasons, petitioner's petition for Writ of Habeas Corpus is now MOOT, and the Court DISMISSES this action with prejudice.

DATED this 9th day of June, 2011.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER OF DISMISSAL - 1